| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Stephan M. Brown (SBN 300563)<br>Daniel J. Griffin (SBN 311236)<br>NewPoint Law Group, LLP<br>2408 Professional Drive<br>Roseville, CA 95661<br>(800) 920-5351<br>(916) 242-8588 (fax)<br>ECF@thebklawoffice.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff-Creditor Maher Abou Khzam | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SANTA ANA DIVISION**

| In re:<br>2ND CHANCE INVESTMENT GROUP, LLC<br><br>Debtor(s). | CASE NO.:    8:22-bk-12142-SC<br>ADVERSARY NO.:  8:23-ap-01028-SC<br>CHAPTER:    11 |
|---|---|
| MAHER ABOU KHZAM<br><br>Plaintiff(s).<br>vs.<br>2ND CHANCE INVESTMENT GROUP, LLC<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:    06/28/2023<br>TIME:    11:00 a.m.<br>COURTROOM:  5C<br>ADDRESS:    411 West Fourth Street<br>         Santa Ana, CA 92701-4593 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.  PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☒ Yes   ☐ No
2. Have all parties filed and served answers to the Claims Documents?    ☒ Yes   ☐ No
3. Have all motions addressed to the Claims Documents been resolved?    ☒ Yes   ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?    ☒ Yes   ☐ No

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                Page 1                F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (*or on attached page*):

    After meet and confer efforts between the parties, Plaintiff may stipulate to amend the complaint and add claims against Ray Foster.

B. **READINESS FOR TRIAL:**

   1. When will you be ready for trial in this case?

      | Plaintiff | Defendant |
      |---|---|
      | January 2024 | January 2024 |

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

      | Plaintiff | Defendant |
      |---|---|
      | The parties are continuing their efforts to narrow the claims and defenses, and will discuss mediation through the court's mediation program. | The parties are continuing their efforts to narrow the claims and defenses, and will discuss mediation through the court's mediation program. |

   3. When do you expect to complete your discovery efforts?

      | Plaintiff | Defendant |
      |---|---|
      | December 31, 2023 | December 31, 2023 |

   4. What additional discovery do you require to prepare for trial?

      | Plaintiff | Defendant |
      |---|---|
      | Written discovery, depositions | Written discovery, depositions |

C. **TRIAL TIME:**

   1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

      | Plaintiff | Defendant |
      |---|---|
      | 1 day | 1 day |

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?

      | Plaintiff | Defendant |
      |---|---|
      | 2 | 2 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 2     **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| 10-15 | 10-15 |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is  ☐ is not requested | Pretrial conference ☒ is  ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (*date*) 01/01/2024 | (*date*) 01/01/2024 |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

    Counsel for the parties are open to using the court's Mediation Program, and are discussing this option with their respective clients.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    F 7016-1.STATUS.REPORT

## F. FINAL JUDGMENT/ORDER:

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

## G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL: (Use additional page if necessary)

The parties have stipulated to exchanging initial disclosures by July 26, 2023, to allow time for further meet and confer efforts regarding claims and defenses.

Respectfully submitted,

Date: 06/14/2023

NewPoint Law Group, LLP
Printed name of law firm

/s/ Daniel Griffin
Signature

Daniel Griffin
Printed name

Attorney for: Plaintiff

Date: 06/14/2023

Financial Relief Law Center, APC
Printed name of law firm

Signature

Richard Sturdevant
Printed name

Attorney for: Defendant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 4    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2408 Professional Drive, Roseville CA 95661

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/14/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Richard L. Sturdevant (Debtor's attorney), rich@bwlawcenter.com
Christopher P. Walker (Salvador Jiminez's attorney), cwalker@cpwalkerlaw.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 06/14/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Clarkson (Judge's Copy)
U.S. Bankruptcy Court, Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/14/2023 | Daniel Griffin | /s/ Daniel Griffin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.