Stephan M. Brown (SBN 300563)
Daniel J. Griffin (SBN 311236)
NewPoint Law Group, LLP
2408 Professional Drive
Roseville, CA 95661
(800) 920-5351
(916) 242-8588 (fax)
ECF@thebklawoffice.com

Attorneys for Plaintiff
Maher Abou Khzam

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MAHER ABOU KHZAM,<br><br>    Debtor.<br><br>MAHER ABOU KHZAM,<br><br>    Plaintiff,<br><br>    vs.<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>    Defendant. | Case No.: 8:22-bk-12142-SC<br><br>Chapter 11<br><br>Adv. Case No.: 8:23-ap-01028-SC<br><br>**STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041, plaintiff Maher Abou Khzam ("Plaintiff") and defendant 2nd Chance Investment Group, LLC ("Defendant"), being all the parties who entered an appearance in the above-referenced adversary proceeding, hereby stipulate to dismissal of all claims asserted herein without prejudice. Each party agrees to bear their own attorney's fees and costs.

///

///

Date: August 1, 2023

*Daniel Griffin*
_____
Daniel Griffin
Attorney for Plaintiff
Maher Abou Khzam

Date: August  1 , 2023

_____
Andy Warshaw
Attorney for Defendant
2nd Chase Investment Group, LLC

-2-
STIPULATION FOR DISMISSAL